# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

|   | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Lynch, Carol M. [1] | NY | USA | Lynch, Terence M. | Sibling | USA | Solatium |
| 2 | Lynn, Ann as Personal Representative of the Estate of Robert Stegmeier, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 3 | Lynn, Ann as surviving Sibling of Robert Stegmeier, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 4 | Mahon, Beverly as Personal Representative of the Estate of Robert B. Mahon, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 5 | Mahon, Beverly as surviving Spouse of Robert B. Mahon, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | Masterson, Mary as Personal Representative of the Estate of Brian Masterson, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 7 | Masterson, Mary as surviving Spouse of Brian Masterson, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 8 | McConville, Edward as Personal Representative of the Estate of Lucille McConville, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 9 | McConville, Edward as surviving Spouse of Lucille McConville, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 10 | McMahon, Donna as Personal Representative of the Estate of Robert McMahon, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 11 | McMahon, Donna as surviving Spouse of Robert | NY | USA | N/A | N/A | N/A | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | McMahon, Deceased; | | | | | | |
| 12 | McNally, Deborah Personal Representative of the Estate of Kenneth McNally, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 13 | McNally, Deborah as surviving Spouse of Kenneth McNally, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 14 | Meisel, Ari as Personal Representative of the Estate of Elizabeth Temin, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 15 | Mendizza, Lauren as Personal Representative of the Estate of Rod Mendizza, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 16 | Mendizza, Lauren as surviving Child of Rod Mendizza, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 17 | Mesiha, Sherif as Personal Representative of the | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Estate of Karen Mesiha, Deceased; | | | | | | |
| 18 | Mesiha, Sherif as surviving Spouse of Karen Mesiha, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 19 | Meyerowitz, Jean as Personal Representative of the Estate of Andrew Libo, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 20 | Meyerowitz, Jean as surviving Spouse of Andrew Libo, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 21 | Miller, Cathleen L.[1] | OH | USA | Lynch, Terence M. | Sibling | USA | Solatium |
| 22 | Monahan, Geraldine as Personal Representative of the Estate of Daniel Monahan, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 23 | Monahan, Geraldine as surviving Spouse of Daniel Monahan, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24 | Montanaro, Patricia as Personal Representative of the Estate of Paul Montanaro Sr., Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 25 | Montanaro, Patricia as surviving Spouse of Paul Montanaro Sr., Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 26 | Montanaro, Patricia as Personal Representative of the Estate of Paul Thomas Montanaro, Jr., Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 27 | Montanaro, Patricia as surviving Parent of Paul Thomas Montanaro, Jr., Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 28 | Morstatt, Doreen as Personal Representative of the Estate of Joseph Morstatt, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29 | Morstatt, Doreen as surviving Spouse of Joseph Morstatt, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 30 | Mundy, Robin as Personal Representative of the Estate of William Mundy, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 31 | Mundy, Robin as surviving Child of William Mundy, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 32 | Murray, Anna as Personal Representative of the Estate of Edward Murray, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 33 | Murray, Anna as surviving Spouse of Edward Murray, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 34 | Navarra, Joanne as Personal Representative of the Estate of Victor | NY | USA | N/A | N/A | N/A | Wrongful Death |

|    |                                                                                          |    |     |     |     |     |                |
|----|------------------------------------------------------------------------------------------|----|-----|-----|-----|-----|----------------|
|    | Navarra, Deceased;                                                                       |    |     |     |     |     |                |
| 35 | Navarra, Joanne as surviving Spouse of Victor Navarra, Deceased;                         | NY | USA | N/A | N/A | N/A | Solatium       |
| 36 | Negrete, Annihuska as surviving Child of the Estate of William A. Negrete, Deceased;     | NY | USA | N/A | N/A | N/A | Solatium       |
| 37 | Negrete, Norma R. as Personal Representative of the Estate of William A. Negrete, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 38 | Negrete, Norma R. as surviving Spouse of William A. Negrete, Deceased;                   | NY | USA | N/A | N/A | N/A | Solatium       |
| 39 | Negrete, Roxanna as surviving Child of William A. Negrete, Deceased;                     | NY | USA | N/A | N/A | N/A | Solatium       |
| 40 | Negrete, Stewart as surviving Child of William A.                                        | NY | USA | N/A | N/A | N/A | Solatium       |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Negrete, Deceased; | | | | | | |
| 41 | Negrete, William as surviving Child of William A. Negrete, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 42 | Nogan, Maureen as Personal Representative of the Estate of Richard Nogan, Deceased; | FL | USA | N/A | N/A | N/A | Wrongful Death |
| 43 | Nogan, Maureen as surviving Spouse of Richard Nogan, Deceased; | FL | USA | N/A | N/A | N/A | Solatium |
| 44 | Otero, Doris as Personal Representative of the Estate of William Otero, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 45 | Otero, Doris as surviving Child of William Otero, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 46 | Paultre, Chantal as Personal Representative of the Estate of Jacques | FL | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Paultre, Deceased; | | | | | | |
| 47 | Paultre, Chantal as surviving Spouse of Jacques Paultre, Deceased; | FL | USA | N/A | N/A | N/A | Solatium |
| 48 | Phelan, Christopher as Personal Representative of the Estate of Thomas Phelan, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 49 | Phelan, Christopher as surviving of Thomas Phelan, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 50 | Phillips, Maureen as Personal Representative of the Estate of Raymond Phillips, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 51 | Phillips, Maureen as surviving Spouse of Raymond Phillips, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 52 | Polychronakis, Maria as Personal Representative of the Estate of | NY | USA | N/A | N/A | N/A | Wrongful Death |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Minas Polychronakis, Deceased; | | | | | | |
| 53 | Polychronakis, Maria as surviving Spouse of Minas Polychronakis, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 54 | Prokop, Mary Ann[1] | OH | USA | Lynch, Terence M. | Sibling | USA | Solatium |
| 55 | BNY Mellon, NA. | NY | US | Paz Gutierrez, Victor Hugo | PR | Columbian | Wrongful Death |
| 56 | Reed, Karen as Personal Representative of the Estate of Matthew Reed, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 57 | Reed, Karen as surviving Spouse of Matthew Reed, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 58 | Rini, Anne Marie as Personal Representative of the Estate of Frank Rini, Deceased; | NJ | USA | N/A | N/A | N/A | Wrongful Death |
| 59 | Rini, Anne Marie as surviving Spouse of Frank Rini, Deceased; | NJ | USA | N/A | N/A | N/A | Solatium |
| 60 | Roman, Elizabeth as Personal | PA | USA | N/A | N/A | N/A | Wrongful Death |

|    |                                                                                                  |     |     |     |     |     |                |
|----|--------------------------------------------------------------------------------------------------|-----|-----|-----|-----|-----|----------------|
|    | Representative of the Estate of Richard Lopez, Deceased;                                         |     |     |     |     |     |                |
| 61 | Roman, Elizabeth as surviving Spouse of Richard Lopez, Deceased;                                 | PA  | USA | N/A | N/A | N/A | Solatium       |
| 62 | Ruiz, Jeanette as Personal Representative of the Estate of Mario Torres, Deceased;               | NY  | USA | N/A | N/A | N/A | Wrongful Death |
| 63 | Ruiz, Jeanette as surviving Spouse of Mario Torres, Deceased;                                    | NY  | USA | N/A | N/A | N/A | Solatium       |
| 64 | Ryan, Mary P. as Personal Representative of the Estate of Michael A. Ryan, Deceased;             | NY  | USA | N/A | N/A | N/A | Wrongful Death |
| 65 | Ryan, Mary P. as surviving Spouse of Michael A. Ryan, Deceased;                                  | NY  | USA | N/A | N/A | N/A | Solatium       |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 66 | Salvador, Anne as Personal Representative of the Estate of Thomas Alfred Cleary, Deceased; | | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 67 | Salvador, Anne as surviving Child of Thomas Alfred Cleary, Deceased; | | NY | USA | N/A | N/A | N/A | Solatium |
| 68 | Sharp, Genevieve as Personal Representative of the Estate of William Wesley Sharp IV, Deceased; | | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 69 | Sharp, Genevieve as surviving Spouse of William Wesley Sharp IV, Deceased; | | NY | USA | N/A | N/A | N/A | Solatium |
| 70 | Silhi, Neelam as as Personal Representative of the Estate of Louis G. Bryan, Deceased; | | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71 | Silhi, Neelam as surviving Spouse of Louis G. Bryan, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 72 | Smith, Jerome[1] | FL | USA | Lyles, CeeCee Ross | Child | USA | Solatium |
| 73 | Smith, Olga as Personal Representative of the Estate of Roy Smith, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 74 | Smith, Olga as surviving Spouse of Roy Smith, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 75 | Sommerlad, Eileen as Personal Representative of the Estate of Charles Sommerlad, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 76 | Sommerlad, Eileen as surviving Spouse of Charles Sommerlad, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 77 | Striano, Ann Marie as Personal Representative of the Estate of Daniel Lopez, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 78 | Striano, Ann Marie as surviving Partner of Daniel Lopez, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 79 | Thanjan, Agnes as Personal Representative of the Estate of Paul Thanjan, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 80 | Thanjan, Agnes as surviving Spouse of Paul Thanjan, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 81 | Tuohey, James as Personal Representative of the Estate of Coleen Tuohey, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 82 | Tuohey, James as surviving Spouse of Coleen Tuohey, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 83 | Vaglica, Jennifer as Personal Representative of the Estate of Salvatore | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Vaglica, Deceased; | | | | | | |
| 84 | Vaglica, Jennifer as surviving Spouse of Salvatore Vaglica, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 85 | Valva, Ruth as Personal Representative of the Estate of Victor Valva, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 86 | Valva, Ruth as surviving Spouse of Victor Valva, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 87 | Viverito, Kerri[1] | NY | USA | Kiefer, Michael Vernon | Sibling | USA | Solatium |

Note 1: This Plaintiff seeking solatium damages in connection with the 9/11 death of an immediate family member retained a law firm separate from the law firm representing the 9/11 Decedent's Estate and therefore the solatium Plaintiff cannot join the same complaint as the 9/11 Decedent's Estate. See ECF No. 4045 at 3.